# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Meilnda Sue Harbold          BK NO. 23-01738 HWV

         Debtor(s)

         Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Wells Fargo Bank, N.A. and index same on the master mailing list.

         Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
03 Aug 2023, 17:51:40, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322