United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                               Case No. 23-01738-HWV

Melinda Sue Harbold                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                            Page 1 of 2

Date Rcvd: Aug 28, 2023                   Form ID: ordsmiss                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**       **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Melinda Sue Harbold, 76 S Reservoir Drive, Dover, PA 17315-1411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5560382 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 28 2023 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5560385 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |

　　　　　　　　　　　　TWecf@pamd13trustee.com

United States Trustee
　　　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melinda Sue Harbold,             Chapter     13

**Debtor 1**

                            Case No.     1:23−bk−01738−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 28, 2023

ordsmiss (05/18)